UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT CARLYLE

VERSUS

AKORN, INC., ET AL.

CIVIL ACTION

NO. 17-389-JJB-EWD

## **O R D E R**

The Court having determined that the above captioned matter presents common questions of law and fact with 17-cv-350-BAJ-RLB, *Robert Berg v. Akorn, Inc., et al.*

IT IS HEREBY ORDERED that the matter of *Robert Carlyle v. City of Baton Rouge, et al.,* 17-cv-389-JJB-EWD, is hereby TRANSFERRED to Chief Judge Brian A. Jackson and Magistrate Judge Richard L. Bourgeois, Jr.

Signed in Baton Rouge, Louisiana, on June 21st, 2017.

_____
CHIEF JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA