UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT CARLYLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:17-cv-00389-BAJ-RLB |
| v. | ) |
| | ) |
| | ) |
| AKORN, INC., JOHN N. KAPOOR, | ) |
| KENNETH S. ABRAMOWITZ, | ) |
| ADRIENNE L. GRAVES, RONALD M. | ) |
| JOHNSON, STEVEN J. MEYER, TERRY | ) |
| A. RAPPUHN, BRIAN TAMBI, and | ) |
| ALAN WEINSTEIN, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION SEEKING A PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**

Plaintiff,[1] through his undersigned counsel, respectfully moves this Court for an order: (i) preliminarily enjoining Defendants from proceeding with an impending stockholder vote and (ii) permitting limited expedited discovery.

On April 24, 2017, Akorn, Inc.'s ("Akorn" or the "Company") Board of Directors (the "Board" or "Individual Defendants") caused the Company to enter into an agreement and plan of merger (the "Merger Agreement") with Fresenius Kabi AG ("Fresenius Kabi") and its wholly-owned subsidiary, Quercus Acquisition, Inc. ("Merger Sub" and, together with Fresenius Kabi, "Fresenius"). Pursuant to the terms of the Merger Agreement, shareholders of Akorn will receive $34.00 in cash for each share of Akorn common stock.

---

[1] In addition to this Action, five other stockholder actions arising out of the same transaction and seeking the same relief have been filed in this court: *Berg v. Akorn, Inc. et al.*, Case No. 3:17-cv-00350-BAJ-RLB, *Alcarez v. Akorn, Inc. et al.*, Case No. 3:17-cv-00359-BAJ-RLB, *House v. Akorn, Inc., et al.*, Case No. 3:17-cv-00367-BAJ-EWD, *Harris v. Akorn, Inc., et al.*, and *Pullos v. Akorn, Inc., et al.*, Case No. 3:17-cv-00395-BAJ-RLB. Plaintiffs in those five actions join in this Motion and the requested relief sought herein. Additionally, plaintiffs in all of the actions are seeking consolidation of the six related cases.

On May 22, 2017, as amended on June 15, 2017, defendants filed a proxy statement (the "Proxy") with the United States Securities and Exchange Commission ("SEC") in connection with the Proposed Transaction. As set forth in his Complaint and in the accompanying Memorandum of Law, plaintiff alleges that the Proxy Statement omits material information with respect to the Proposed Transaction, which renders the Proxy Statement false and misleading. Accordingly, Plaintiff alleges that Defendants violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "1934 Act") in connection with the Proxy Statement, and plaintiff respectfully requests that the Court enjoin the July 19, 2017 stockholder vote until defendants disclose the material information sought herein.

Dated: June 26, 2017

Respectfully submitted,

/s/ Lewis S. Kahn
Lewis Kahn, Esq. (23805)
Kahn Swick & Foti, LLC
206 Covington Street
Madisonville, La 70447
Telephone: (504) 455-1400
Cellular: (504) 301-7900
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com

*Counsel for Plaintiff*

**OF COUNSEL**

**BROWER PIVEN**
  A Professional Corporation
Daniel Kuznicki
(to seek *pro hac vice* admission)
475 Park Avenue South, 33rd Floor
New York, New York 10016
Telephone: 212-501-9000
Cellular: 347-690-0692
kuznicki@browerpiven.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that on June 26, 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Courts electronic filing system. All other parties will be served by electronic means pursuant to F.R.C.P. 5(b)(2).

    /s/ Lewis S. Kahn