# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT CARLYLE,<br><br>            Plaintiff,<br><br>    v.<br><br>AKORN, INC., JOHN N. KAPOOR, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, and ALAN WEINSTEIN,<br><br>            Defendants. | Case No. 1:17-cv-05022<br><br>Hon. Sharon Johnson Coleman |

## PLAINTIFF'S MOTION FOR ENTRY OF STIPULATION AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Robert Carlyle ("**Plaintiff**"), by and through his counsel, Christopher J. Kupka, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby moves for entry of the attached stipulation and proposed order, signed by counsel of record of all parties who have appeared in this case, dismissing this case *without prejudice*, without costs to any party.

Dated: July 14, 2017

*/s/ Christopher J. Kupka*
Christopher J. Kupka
**LEVI & KORSINSKY LLP**
30 Broad Street, 24th FL
New York, NY 10004
(212) 363-7500 x139
(212) 363-7171 facsimile
ckupka@zlk.com

*Counsel for Plaintiff Robert Carlyle*

*/s/ Anthony C. Porcelli*
Anthony C. Porcelli
**POLSINELLI PC**
150 N. Riverside Plaza, Suite 3000
Chicago, IL
312-819-1900
aporcelli@polsinelli.com

Robert H. Baron (*pro hac vice pending*)
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
212-474-1000
rbaron@cravath.com

*Counsel for Defendants Adrienne L. Graves, Alan Weinstein, Brian Tambi, John N. Kapoor, Kenneth S. Abramowitz, Raj Rai, Ronald M. Johnson, Steven J. Meyer, Terry A. Rappuhn and Akorn, Inc.*

SO ORDERED THIS _____ day of _____, 2017

_____
United States District Judge