**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT CARLYLE,<br><br>    Plaintiff,<br><br>  v.<br><br>AKORN, INC., JOHN N. KAPOOR, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, and ALAN WEINSTEIN,<br><br>    Defendants. | Case No. 1:17-cv-05022<br><br>Hon. Sharon Johnson Coleman |

**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

WHEREAS, on April 24, 2017, Akorn, Inc. ("Akorn") and Fresenius Kabi AG ("Fresenius Kabi") announced that they had entered into an Agreement and Plan of Merger (the "Merger Agreement"), dated as of April 24, 2017, among Akorn, Fresenius Kabi, Fresenius Kabi's indirect subsidiary Quercus Acquisition, Inc. and, solely for purposes of Article VIII thereof, Fresenius SE & Co. KGaA, pursuant to which shares of Akorn would be converted into the right to receive $34.00 in cash per share (the "Proposed Merger");

WHEREAS, on May 22, 2017, Akorn filed a preliminary proxy statement on Schedule 14A (the "Preliminary Proxy") with the SEC;

WHEREAS, on June 13, 2017, plaintiff Robert Carlyle ("Plaintiff") filed a lawsuit in the United States District Court for the Northern District of Illinois, asserting claims under Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "1934 Act") against Akorn and Akorn directors John N. Kapoor, Kenneth S. Abramowitz, Adrienne L. Graves,

Ronald M. Johnson, Steven J. Meyer, Terry A. Rappuhn, Brian Tambi and Alan Weinstein (the "Defendants") and challenging the disclosures made in the Preliminary Proxy, captioned *Carlyle v. Akorn, Inc., et al.*, No. 17-cv-04455;

WHEREAS, on June 15, 2017, Akorn filed a definitive proxy statement on Schedule 14A (the "Proxy") with the SEC, which set the Akorn shareholder vote on the Proposed Merger for July 19, 2017. Among other things, the Proxy (i) summarized the Merger Agreement, (ii) provided an account of the events leading up to the execution of the Merger Agreement, (iii) stated that the Akorn Board of Directors determined that the Proposed Merger was in the best interests of Akorn's shareholders and recommended the Proposed Merger and (iv) summarized the valuation analyses and fairness opinion by J.P. Morgan Securities LLC, the financial advisor to Akorn;

WHEREAS, on June 20, 2017, Plaintiff voluntarily dismissed *Carlyle v. Akorn, Inc., et al.*, No. 17-cv-04455;

WHEREAS, on June 20, 2017, Plaintiff filed a lawsuit in the United States District Court for the Middle District of Louisiana (the "Louisiana Court"), asserting claims under Sections 14(a) and 20(a) of the 1934 Act against Akorn and the Director Defendants and challenging the disclosures made in the Proxy, captioned *Carlyle v. Akorn, Inc., et al.*, No. 17-cv-00389-BAJ-RLB (the "Action");

WHEREAS, on June 26, 2017, Plaintiff filed a motion for a preliminary injunction and expedited discovery in the Louisiana Court (the "Motion for Preliminary Injunction");

WHEREAS, on July 5, 2017, the Louisiana Court granted Defendants' Motion for Change of Venue pursuant to 28 U.S.C. § 1404(a), and transferred the Action to the United States District Court for the Northern District of Illinois;

WHEREAS, on July 10, 2017, Akorn filed a Form 8-K with the SEC, supplementing the disclosures in the Proxy with certain additional information relating to the Proposed Merger (the "Supplemental Disclosures"); and

WHEREAS, Plaintiff agrees that as a result of the filing of the Supplemental Disclosures, the claims asserted in the Complaint in the Action have become moot;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties:

1. Plaintiff hereby withdraws his Motion for Preliminary Injunction.

2. The Action is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), and without costs to any party.

Dated: July 14, 2017

*/s/ Christopher J. Kupka*
Christopher J. Kupka
**LEVI & KORSINSKY LLP**
30 Broad Street, 24th FL
New York, NY 10004
(212) 363-7500 x139
(212) 363-7171 facsimile
ckupka@zlk.com

*Counsel for Plaintiff Robert Carlyle*

*/s/ Anthony C. Porcelli*
Anthony C. Porcelli
**POLSINELLI PC**
150 N. Riverside Plaza, Suite 3000
Chicago, IL
312-819-1900
aporcelli@polsinelli.com

Robert H. Baron (*pro hac vice pending*)
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
212-474-1000
rbaron@cravath.com

*Counsel for Defendants Adrienne L. Graves, Alan Weinstein, Brian Tambi, John N. Kapoor, Kenneth S. Abramowitz, Raj Rai, Ronald M. Johnson, Steven J. Meyer, Terry A. Rappuhn and Akorn, Inc.*

SO ORDERED THIS _____ day of _____, 2017

_____
United States District Judge