# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Robert Carlyle

        Plaintiff,

v.                                          Case No.: 1:17−cv−05022
                                               Honorable Sharon Johnson Coleman

Akorn, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 17, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Application by Robert H. Baron for leave to appear pro hac vice [21] is granted. Plaintiff's Motion to dismiss voluntarily and without prejudice upon stipulation of the parties [24] is granted. Pursuant to stipulation, plaintiff hereby withdraws his Motion for Preliminary Injunction. The Action is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), and without costs to any party. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.